# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 7/26/2018   DAY: 7/26/2018   START TIME: 11:10 AM   END TIME: 11:50 AM
JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: C. Seeman
PROBATION OFFICER: R. Williams   INTERPRETER:   SWORN: YES ☐ NO ☐
CASE NUMBER: 17-cr-111-wmc-2   CASE NAME: USA v. Orefo Okeke

**APPEARANCES:**
ASST. U.S. ATTY.: Dan Graber   DEFENDANT ATTY.: Rob Ruth

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 5 YR(S) IMPRISONMENT; $ 250,000 FINE;
3 YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☒ RESTITUTION.
DEFENDANT AGE: 41   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☒ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☒ DEFENDANT SWORN
- ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☒ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: _____   TRIAL ESTIMATE: _____ DAYS
PTMH/EVID. HRG.: _____   MOTIONS DUE: _____
FPTC: _____   FPTC SUBMISSIONS: _____
FINAL HEARING: _____

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 9/27/2018   OBJECTIONS DUE: 10/5/2018
SENTENCING: 10/18/2018 at 1:00 PM

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

TOTAL COURT TIME: 40 min.